# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3136

_____

In re Craig Petersen,     *
                                *

          Debtor.     *

                                *

_____     *

                                *

James Edward Bachman,     *
                                *   Appeal from the United States

        Appellant,     *   Bankruptcy Appellate Panel
                                *   for the United States Court of

      v.     *   Appeals for the Eighth Circuit.
                                *

Joel Pelofsky,     *         [UNPUBLISHED]
                                *

        Appellee.     *

_____

Submitted: May 18, 2001

Filed: July 13, 2001

_____

Before MORRIS SHEPPARD ARNOLD and BYE, Circuit Judges, and GAITAN,[1] District Judge.

_____

PER CURIAM.

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri, sitting by designation.

James Edward Bachman, Esq., appeals from the order of the United States Bankruptcy Appellate Panel affirming the bankruptcy court's[2] award of attorney's fees to Mr. Bachman in an amount less than he requested.  Mr. Bachman argues that the panel erred in holding that there was no error of law or fact in the bankruptcy court's fee award and that in rejecting his claim the bankruptcy court denied him due process.

Having carefully considered the matter, we conclude that an extended discussion of the matter is unnecessary and that there was no error in the panel's holding.  We therefore affirm on the basis of the panel's well-reasoned opinion.  *See* 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable John C. Minahan, Jr., United States Bankruptcy Judge for the District of Nebraska.